AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Jorge Humberto Perez-Vargas<br>*Defendant(s)* | Case No. 25 MJ 33 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 25, 2024** in the county of **Fond du Lac** in the **Eastern** District of **Wisconsin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(2) | Reentry of Removed Alien |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

**JEREMY M SCHULTZ**
Digitally signed by JEREMY M SCHULTZ
Date: 2025.03.14 12:03:55 -05'00'

*Complainant's signature*

Jeremy Schultz, Deportation Officer, ICE ERO
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 03/14/2025

*William E. Duffin*
*Judge's signature*

City and state: Milwaukee, Wisconsin

William E. Duffin, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Jeremy M. Schultz, Deportation Officer, United States Immigration and Customs Enforcement, being duly sworn and under oath state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE ERO"), and have been employed with ICE for over 3 years. I am currently assigned to the Milwaukee, Wisconsin, office.

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including violations that constitute the unlawful re-entry into the United States by deported aliens in violation of 8 U.S.C. § 1326(a)(2) (reentry of removed aliens).

3. This affidavit is made in support of the issuance of a criminal complaint and arrest warrant against Jorge Humberto PEREZ-Vargas ("PEREZ-Vargas"), DOB: 03/XX/1998. All the information contained herein is based upon my personal knowledge and investigation or upon information supplied to me by other law enforcement officers or citizen witnesses, all of whom I believe to be truthful and reliable.

4. I currently have possession of PEREZ-Vargas's Alien Registration File ("A-File"), # A209 152 140. The A-File is a collection of an alien's history maintained by the United States government. The file includes but is not limited to applications for residency, notice and orders of removal, warrant of deportations, fingerprints, photographs, and criminal history.

5. A review of the A-File indicates that PEREZ-Vargas is a native and citizen of Mexico. There is documented evidence that PEREZ-Vargas was previously

removed from the United States on two prior occasions, namely May 06, 2016, and May 13, 2016.

6. Our records further indicate that PEREZ-Vargas was last ordered removed from the United States on May 13, 2016, and was physically removed to Mexico at Calexico, California, later that same day. There is no evidence in # A209 152 140 indicating that PEREZ-Vargas ever sought or obtained permission to return to the United States.

7. On October 25, 2024, the Milwaukee ICE ERO Office was informed that PEREZ-Vargas was in the Fond Du Lac County Jail and was serving a criminal sentence for Operating w/PAC (3rd) and OWI (2nd). The Milwaukee ICE ERO Office determined through biometric fingerprint comparison that the individual named PEREZ-Vargas in custody at the Fond du Lac County Jail was the same individual to which # A209 152 140 related and who had previously been ordered removed from the United States. Based upon that match, ICE ERO lodged an Immigration Detainer at the Fond du Lac County Jail for PEREZ-Vargas.

8. On March 14, 2025, the Fond Du Lac County Jail notified ICE via email that PEREZ-Vargas's sentence release would be on March 15, 2025. Accordingly, ICE ERO has 48 hours to assume custody of PEREZ-Vargas from that date.

9. Based on the foregoing, I submit that there is probable cause to believe that PEREZ-Vargas is now in the United States without lawful authority, in violation of Title 8, United States Code, Section 1326(a)(2).