UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 6/3/2025 | Dep. Clerk: AH |
| Case No. 25-CR-56 | Ct. Rep: Jen |
| United States v. Jorge Humberto Perez-Vargas | Time Called: 10:03 a.m. |
| Proceeding: Change of Plea & Sentencing | Time Concl: 10:12 a.m. |

United States by: Attorney Kelly Watzka
Probation Officer: Maria Mahmoudi
Interpreter: Julia Kurtz (Spanish)
Defendant: Jorge Humberto Perez-Vargas, in person, and by Attorney Ramuel Figueroa

---

Interpreter sworn in.

As to Change of Plea:
Defendant pleads guilty to Count 1 of the indictment.
Adjudged guilty.

As to Sentencing:
Courts adopts PSR:
    offense level 6
    criminal history category III
    2 to 8 months imprisonment
    1 year supervised release
    $1,000 to $9,500 fine
    $100 special assessment

Parties have a joint recommendation as to sentencing.

Court imposes a sentence of time served.
Courts does not impose a term of supervised release, consistent with the recommendation in
    U.S.S.G. § 5D1.1(c).
Fine waived.
$100 special assessment, due immediately.
Court advises defendant of right to appeal.